■ In the Matter of STEPHEN D. PUMP, Petitioner, v EKPE D. EKPE, Superintendent, Watertown Correctional Facility, Respondent. [922 NYS2d 219]—Proceeding pursuant to CPLR article 78 (transferred to the Appellate Division of the Supreme Court in the Fourth Judicial Department by order of the Supreme Court, Jefferson County [Hugh A. Gilbert, J.], entered November 2, 2010) to review determinations of respondent. The determinations found after tier II hearings that petitioner violated various inmate rules.

It is hereby ordered that the determinations are unanimously confirmed without costs and the petition is dismissed. Present—Centra, J.P., Fahey, Lindley, Gorski and Martoche, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v NICHOLAS J. MCGOUGH, Appellant. [922 NYS2d 218]—Appeal from a judgment of the Ontario County Court (Frederick G. Reed, A.J.), rendered March 27, 2009. The judgment convicted defendant, upon his plea of guilty, of criminal sale of marihuana in the third degree (three counts).

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Centra, J.P., Fahey, Lindley, Gorski and Martoche, JJ.